# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW IGUS,** *Plaintiff,* v. **HSBC BANK USA, N.A., d/b/a HSBC** *Defendant.* | Case No. 2:21-cv-05560-JDW |

### ORDER

**AND NOW**, this 4th day of April, 2023, upon consideration of Defendant HSBC Bank USA, N.A.'s Motion For Summary Judgment (ECF No. 25), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk Of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.